UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE C. PEARSON, | ) | Case No. CV 09-8064 MWF(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LARRY SMALL, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: March 18, 2013

_____

HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE